■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KENNETH F. REISS, Respondent. Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.